UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

       Plaintiff,                    CASE NO. 2:23-cr-20583
                                              Hon. Jonathan J.C. Grey

v.

Erick Carabarin-Gomez,

       Defendant.

## United States's Sentencing Memorandum

NOW COMES the United States by and through Counsel with its sentencing memorandum, in connection with the sentencing of defendant, Erick Carabarin-Gomez, which hearing is scheduled for Wednesday, November 5, 2025 at 3:00 p.m.

**United States's Memorandum in Support**

## I.    Background

On September 27, 2023, a tractor trailer containing a shipment of plastic bags applied for admission into the United States from Mexico through the World Trade Bridge, Port of Entry (POE) in Laredo, TX. *See* 2025 Presentence Investigation Report ("PSR") at ¶ 10. During the secondary inspection of the trailer "a bundle containing a white powdery substance that tested positive for the properties of cocaine" was discovery. *Id.* at ¶ 11. The trailer was continuously surveilled by law enforcement from Texas to a warehouse in Wixom, Michigan. *Id.* at ¶ 13. On October 1, 2023, the defendant, Gomez, along with his two co-defendants, arrived at the Wixom warehouse after traveling from the state of Indiana. Thereafter, the co-defendants transferred "223 bricks of cocaine, each weighing one kilogram" from the bed of the trailer to the warehouse. *Id.* at ¶ 16. Federal agents subsequently learned that Gomez "was a native and citizen of Mexico who had previously been removed from the United States." *Id.* at ¶ 18.

## II.     Argument

*A. Nature and Circumstances of the offense characteristics of the defendant.*

The nature and circumstances of Gomez's offense are extremely serious. Cocaine trafficking in Michigan is of particular concern, with major operations run by large-scale Mexican Drug Trafficking Organizations (DTOs), particularly the Sinaloa and Jalisco New Generation Cartels. Detroit serves as a primary distribution hub, with illicit drugs entering the state via various routes and transport methods. Most cocaine is transported into Michigan from the U.S. Southwest Border states (like Arizona, California, and Texas) and Chicago. Major interstates such as I-75, I-94, and I-69 are key trafficking corridors. Couriers often use private and commercial vehicles, sometimes equipped with sophisticated hidden compartments, or use mail/parcel services to evade detection. In the instant matter, a far more sophisticated method than hidden compartments ("traps") within an automobile was utilized – "Blas-Martinez . . . stated that he was the lessee of . . . the warehouse where the cocaine was delivered." *Id.* at ¶ 14. The leasing of a warehouse is indicative of a DTO engaged in long-term planning and consistent distribution within the Eastern District of Michigan.



Detroit is the largest drug market in the eastern part of the state, functioning as a primary distribution center.

Additionally, the shared border with Canada, connected by the Ambassador Bridge and the Detroit-Windsor Tunnel, is a crucial transit point. Cocaine and bulk currency (proceeds from drug sales in the U.S.) are often transported through Detroit into Canada.

5



Mexican DTOs are the main suppliers of wholesale quantities of cocaine, coordinating with street gangs, criminal groups, and independent dealers for local distribution. For instance, in fiscal year 2025, U.S. Customs and Border Protection Field Operations seized more than 1,500 pounds of cocaine at Michigan ports of entry, including a single 339-pound seizure in Detroit in April 2025.

*To reflect the seriousness of the offense, promote respect for the law, and provide just punishment.*

While the seriousness of the circumstances of the defendant's offense is adequately captured above, Gomez's count of conviction is actually to Title 8 of the United States Criminal Code, section 1326(a). This section of the statute has a maximum term of imprisonment of 2 years. *Id.* at ¶ 48. The defendant has been in federal custody since his arrest on October 1, 2023, and "[t]he instant offense represents the defendant's first criminal conviction." *Id.* at ¶ 71. The applicable guidelines range is 0 – 6 months and the government stands by its recommendation, as memorialized in the plea agreement, "that the defendant's term of imprisonment not exceed the top of the guidelines range." *Id.* at ¶ 50.

B. *Adequate Deterrence.*

Owing to the defendant's undocumented legal status, he is likely to be removed from the country following his custodial sentence. Considering the lack of the defendant's physical presence within the United States, the potential of future criminal conduct is greatly reduced.

7

**III.   Conclusion**

For the reasons identified above, the government does not oppose a time-served sentence.

                                              Respectfully submitted,

                                              JEROME F. GORGON, JR.
United States Attorney

s/ *C. Barrington Wilkins*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone: (313) 226-9621
E-Mail: barrington.wilkins@usdoj.gov

Dated: Monday, November 3, 2025

## Certificate of Service

I certify that on Monday, November 3, 2025, I electronically filed the foregoing Response and Brief in Support with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Mr. Christopher M. Seikaly, *Esq.*

s/ *C. Barrington Wilkins*
C. Barrington Wilkins
Assistant U.S. Attorney
United States Attorney's Office

9